UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GUTILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01830-DAD-EPG<br><br>ORDER RE: STIPULATION TO DISMISS DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY AND AMEND COMPLAINT<br><br>(ECF No. 18) |

　　　Before the Court is the parties' stipulation to dismiss Defendant Liberty Mutual Insurance Company without prejudice and allow Plaintiff Karen Gutilla ("Plaintiff") to file a First Amended Complaint naming Golden Eagle Insurance Company and Does 2-100, inclusive, as defendants. (ECF No. 18.)

　　　Pursuant to the parties' stipulation, this case is dismissed without prejudice only as to Defendant Liberty Mutual Insurance Company. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Additionally, as the opposing party has provided written consent to amendment, Plaintiff may file a First Amended Complaint without leave of court. *See* Fed. R. Civ. P. 15(a)(2).

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is respectfully directed to terminate Defendant Liberty Mutual Insurance Company on the docket;[1] and
2. Plaintiff shall file the First Amended Complaint, a copy of which is attached as Exhibit A to the parties' stipulation (ECF No. 18), within fourteen (14) days of entry of this order.

IT IS SO ORDERED.

Dated:   **March 22, 2022**            /s/ Eric P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the amended complaint, the Clerk of Court is <u>not</u> directed to close the case.