UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GUTILLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION,<br><br>　　　　Defendants. | Case No. 1:21-cv-1830-ADA-EPG<br><br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 33). |

　　　On December 5, 2022, the parties filed a joint stipulation to modify the scheduling order. (ECF No. 33). Based on the parties' stipulation, IT IS ORDERED that the non-expert discovery deadline be extended from February 10, 2023, to March 16, 2023.

IT IS SO ORDERED.

Dated:　**December 7, 2022**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1