UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GUTILLA,<br><br>        Plaintiff,<br><br>    v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION, and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No. 1:21-cv-01830-ADA-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 35). |

On June 14, 2023, the parties filed a joint stipulation for dismissal with prejudice and with each party to bear its own attorneys' fees and costs.[1] (ECF No. 35). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 20, 2023**                 /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation states that dismissal of this case is pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows for a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. As Defendant has answered (*see* ECF No. 23), and the stipulation is signed by all parties who have appeared, dismissal is pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1